# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelson Romero<br><br>　　　　　　Plaintiff,<br>v.<br>County of LA Sheriff's Department, et al.<br>　　　　　　Defendant(s). | CASE NUMBER:<br><br>ED CV 17-1830-MWF (KS)<br><br>**ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |

On September 26, 2017, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to pay the filing fees in full or file a First Amended Complaint within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: November 13, 2017

_____
United States District Judge

Presented by:

_____
United States Magistrate Judge